UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:23-cv-04104 HDV JC | Date  October 13, 2023 |
| Title  *Amy N. Nguyen v. Volkswagen Group of America, Inc. et al.* | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Paul M. Cruz | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Maria Sanjur-Van Brande | Brandon R. Bell |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND [12]; AND SCHEDULING CONFERENCE**

The Court heard oral argument on Plaintiff's Motion to Remand [12] and took the matter under submission.

The Court also briefly discussed the parties' proposed pretrial and trial dates. A pretrial and trial schedule shall be ordered after the Motion is resolved.

**IT IS SO ORDERED.**

Time: /20